UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHAKIRA ESTRELLA and YURIBELL GLASS, :
                                      :
                          Plaintiffs, :
                                      :
            -v -                      :
                                      :
THE CITY OF NEW YORK POLICE           :
DEPARTMENTS, THE CITY OF NEW YORK,    :
JOHN AND JANE DOES 1-20 OF THE NYPD., :
                                      X
                         Defendants.
-------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022

1:21 -cv-10084-GHW

ORDER

GREGORY H. WOODS, District Judge:

On July 20, 2022, the Court held a conference to discuss Plaintiffs' July 13, 2022 request

regrading Defendants' responses to Plaintiffs' interrogatories.  For the reasons articulated on the

record during that conference, Plaintiffs' request is denied.  As further discussed during that

conference, the deadline for Plaintiffs to amend their complaint is extended to July 21, 2022.  All

other deadlines in the Court's May 19, 2022 order, Dkt. No. 21, remain in full force and effect.

SO ORDERED.

Dated:  July 20, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge